FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 18 2022 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANGEL DIAZ, BERNABE RUEDA GARCIA,
and MIGUEL GARCIA, *individually and on
behalf of others similarly situated,*

                *Plaintiffs,*

-against-

FIRST DRUNKEN CHICKEN CORP. (D/B/A
LIM'S KITCHEN (BAR &POCHA)), WOOBI
INC. (D/B/A LIM'S KITCHEN (BAR &
POCHA)), BOKYOUNG LIM, and
DONGMIN PARK.

                *Defendants.*
----------------------------------------------------------X

Case 1:21-cv-05428-WFK-RML

**DEFAULT JUDGMENT ORDER**

## JUDGMENT

On October 11, 2021, this action was commenced by Plaintiffs filing of the complaint and this Court's issuance of the summons. The Summons and Complaint in this action having been duly served on the above-named Defendants FIRST DRUNKEN CHICKEN CORP. (D/B/A LIM'S KITCHEN (BAR &POCHA)), WOOBI INC. (D/B/A LIM'S KITCHEN (BAR & POCHA)), BOKYOUNG LIM, and DONGMIN PARK, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and the Clerk of this Court has certified the default of all Defendants.

NOW, on motion of CSM Legal, PC, the attorneys for the Plaintiffs, it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiffs shall have default judgment, jointly and severally, against FIRST DRUNKEN CHICKEN CORP. (D/B/A LIM'S KITCHEN (BAR &POCHA)), WOOBI INC.

(D/B/A LIM'S KITCHEN (BAR & POCHA)), BOKYOUNG LIM, and DONGMIN in the amounts set forth herein:

    For Plaintiff: ANGEL DIAZ $137,304.84;

    For Plaintiff: BERNABE RUEDA GARCIA $31,481.23;

    For Plaintiff: MIGUEL GARCIA $81,452.33.

    That the Plaintiffs are also awarded attorney's fees in the amount of $3,550.00 and costs in the amount of $664.00, all computed as provided in 28 U.S.C. § 1961(a).

    That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

This document was entered on the docket on    May 17, 2022   .

Dated:   May 17, 2022

/s/ WILLIAM F. KUNTZ, II
Hon. William F. Kuntz II
United States District Judge